194 So. 890

**Mallie BOLTON, etc., v. The WHITE MOTOR CO.**

**6 Div. 498.**

Court of Appeals of Alabama.
March 12, 1940.

De Graffenried & McDuffie, of Tuscaloosa, for appellant.

McQueen & McQueen, of Tuscaloosa, for appellee.

RICE, Judge.

Affirmed on authority of Bolton v. White Motor Co., 239 Ala. 168, 194 So. 510.

193 So. 883

**Charlie BOWEN v. CITY OF HUNTS-VILLE.**

**8 Div. 896.**

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

199 So. 907

**Henry D. BOWLES v. STATE.**

**8 Div. 71.**

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 874

**Eddie (alias Ed) BRACKNELL v. STATE.**

**6 Div. 724.**

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

198 So. 874

**Sabery BRACKNELL v. STATE.**

**6 Div. 725.**

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

192 So. 911

**Sullivan BRADFORD v. STATE.**

**6 Div. 548.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.